THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES J. CARR, Appellant, against WILLIAM B. MARTIN, as Warden of Attica State Prison, Respondent.

Submitted November 10, 1947; decided November 20, 1947.

*James J. Carr,* in person, for motion.

*Nathaniel L. Goldstein, Attorney-General (Emil L. Cohen* of counsel), opposed.

Motion for leave to appeal denied. Appeal dismissed upon the ground that an appeal cannot be taken to this court.